UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WAYNE BEGIN,
    Plaintiff,

v.                                                C.A. No. 15-48L

THE LAWN BEAUTICIANS, INC.,
et al.,
    Defendants.

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated November 3, 2015, the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Accordingly, Defendants' Motion for Judgment on the Pleadings (Document #8) is granted in part and denied in part. All counts of Plaintiff's Complaint are hereby dismissed, except for Count I.

Plaintiff's motion to amend his Complaint (Document #10) is hereby granted in part and denied in part.  The portion of the motion which seeks to add additional allegations to Count I is granted.  The portion of the motion which seeks to add additional counts VIII, IX and X is denied.

Plaintiff's second motion to amend his Complaint to add additional factual allegations to Count I (Document #14) is hereby granted.  Plaintiff's effort to characterize Count I as a

collective action, on behalf of other of Defendants' employees, is dismissed.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
1/5/16